

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **THOMAS LAI**<br>*Senior Counsel*<br>E-mail:tlai@law.nyc.gov<br>Phone: (212) 356-2336<br>Fax: (212) 356-2336 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2023

January 25, 2023

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Nilejawel Stora v. City of New York et al.*, 22-CV-08642 (MKV)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for the City of New York ("City") in the above referenced matter. I write to respectfully request that the Court grant an enlargement of time until February 17, 2023[1] to answer or otherwise respond to the complaint for the City. This is the City's first request for an enlargement of time to respond to the complaint and plaintiff's counsel consents to this request.

    By way of background, plaintiff brings this action, pursuant to 42 U.S.C. §1983, against defendants City of New York, New York City Police Department, Parole Officer Alcontra, and John and Jane Doe NYPD officers alleging, *inter alia*, unlawful search and seizure, failure to intervene, *Monell* liability, and pendent state law claims from the alleged search of her home on August 27, 2021.

    As to the procedural history, this case was previously marked for inclusion to the Southern District of New York's Section 1983 Plan (hereinafter referred to as "the Plan") with the City's answer due on January 27, 2023. On January 4, 2023, the Court indicated that this case was incorrectly included in the Plan and removed it from the Plan. *See October 12, 2022 Deleted Document Entry, entered on January 4, 2023.*

---

[1] If your Honor is inclined to grant this request, the City's response to the complaint would be filed on the same day as co-defendant Parole Officer Alcontra's response.

In accordance with this Office's obligations under Rule 11 of the Federal Rules of Civil Procedure, this Office needs time to investigate the allegations set forth in the Complaint. As such, the requested enlargement of additional time will allow this Office time to procure and review adequate documents and information to investigate the allegations in the Complaint, such as the underlying police, criminal court, and District Attorney's Office records.

Therefore, the City respectfully requests an enlargement of time until February 17, 2023 to answer or otherwise respond to the complaint.

Thank you for your consideration of the instant application.

Respectfully submitted,

/s/ *Thomas Lai*
Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: **VIA ECF**
Pablo A. Fernandez
*Attorney for Plaintiff*

**Granted. SO ORDERED.**

Date: 1/25/2023
New York, New York

Mary Kay Vyskocil
United States District Judge