

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2023

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-2336

May 5, 2023

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Nilejawel Stora v. City of New York et al.*, 22-CV-08642 (MKV)

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for defendant City of New York ("City") in the above referenced matter. I write to respectfully request an enlargement of time, from May 8, 2023 to June 7, 2023, for defendant City to answer or otherwise respond to the amended complaint. This is the City's third request for an enlargement of time to respond to the amended complaint[1] and plaintiff's counsel, Pablo A. Fernandez, consents to this request.

By way of background, plaintiff brings this action, pursuant to 42 U.S.C. §1983, alleging *inter alia* that on or about August 27, 2021, she was subjected to an unlawful search and seizure at her home. In addition to the City, plaintiff also names the New York City Police Department, New York State Parole Officer Alcontra, and numerous John and Jane Doe NYPD officers as defendants.

The reason for this request is that, because the City has been unable to identify any NYPD or other City employees involved in the alleged incident, the undersigned has engaged in preliminary discussions with plaintiff's counsel in an attempt to resolve this matter without the need for further litigation. As the Court may recall from the undersigned's April 19, 2023 letter to the Court, ECF No. 33, it appears that the individual John and Jane Doe "NYPD" officers are not City employees; instead, upon information and belief, it appears they are likely employees of

[1] The City previously requested, on two occasions, enlargements of time to respond to the complaint that were granted.

the New York State Department of Correction and Community Supervision. To that end, the undersigned is still in the process of obtaining the necessary information to provide plaintiff's counsel to confirm same. Once that information is provided to plaintiff's counsel, it is the hope of the parties that this matter between plaintiff and the City can be resolved without the need for further litigation.

Accordingly, the City respectfully requests an enlargement of time until June 7, 2023 to answer or otherwise respond to the amended complaint.

Thank you for your consideration of the instant application.

Respectfully submitted,

*Thomas Lai /s*
Thomas Lai
Senior Counsel
Special Federal Litigation Division

To:   **VIA ECF**
      Pablo A. Fernandez
      *Attorney for Plaintiff*

      Sarande Dedushi
      *Attorney for co-defendant Alcontra*

GRANTED.  There will be no further extensions in the absence of exceptional circumstances.  The Clerk of Court respectfully is requested to close the motions at ECF Nos. 33 and 34.  SO ORDERED.

Date: 5/5/2023
New York, New York

Mary Kay Vyskocil
United States District Judge