

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697

**Pablo A. Fernandez, Esq.**
Partner

May 16, 2025

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 103.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 16, 2025

VIA ECF
Hon. Arun Subramanian, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re:     <u>Stora v. City of New York, et al.</u>
        1:22-cv-08642 (AS)

Dear Judge Subramanian:

      Horn Wright, LLP represents Plaintiff Nilejawel Stora in the above-referenced matter. Plaintiff writes to respectfully request leave to file the annexed Exhibit 1 to Plaintiff's Declaration in Opposition to Defendants' Motion under seal.

      Exhibit 1 consists of New York State Corrections and Community Supervision's directive on searches and seizures which policy governs parole officers conduct and authority with respect to searches and seizures. Exhibit 1 has been designated by Defendants as confidential pursuant to the parties' Protective Order. *DE92*. Specifically, Exhibit 1 is governed by Section 2.b. of the parties' so ordered Protective Order.

      Additionally, Plaintiff further respectfully requests that the undersigned be permitted to file Plaintiff's Memorandum of Law in Opposition with appropriate redactions. Specifically, Plaintiff's Memorandum of Law at page 4 cites specific language from Exhibit 1. It is respectfully submitted that the specific cited language would also be covered under Section 2.b. of the parties' so ordered Protective Order. *See DE92*.

      For the aforementioned reason, Plaintiff respectfully requests that Your Honor permit the filing of Exhibit 1 under seal and the filing of Plaintiff's Memorandum of Law with appropriate redactions.

      The undersigned has mailed courtesy copies of this letter and Plaintiff's Exhibit 1 as well as an unredacted memorandum of law and supporting papers to the Court and Defendants' counsel.



May 16, 2025

Page | 2

Thanking the Court for its time and consideration, I remain.

                Respectfully yours,
                **HORN WRIGHT, LLP**
                */S Pablo A. Fernandez*
                Pablo A. Fernandez

cc:    Gee Won Cha, Esq. (Via ECF and Email)