UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nilejawel Stora,<br><br>               Plaintiff,<br><br>     -against-<br><br>Russell Marquis, et al.,<br><br>               Defendants. | 22-CV-8642 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Defendants filed a declaration in support of their motion for summary judgment, Dkt. 97, but large portions are redacted. If the defendants wish to file an unredacted version so that the Court can consider it, they are ORDERED to file it (provisionally under seal if needed) by **December 12, 2025.**

SO ORDERED.

Dated: December 9, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge