UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nilejawel Stora,<br><br>               Plaintiff,<br><br>     -against-<br><br>City of New York et al.,<br><br>              Defendants. | 22-CV-8642 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties should meet and confer and by **April 30, 2026**, propose a date next week when their lead trial counsel, as well as a person with final decision-making authority, will be available to attend an in-person conference with the Court.

If the parties are unable to agree on a date, then the Court will pick one. The parties should talk with each other about settlement before the conference, and be ready to address that topic at the conference. The parties should further discuss whether they mutually agree to the Court holding settlement discussions with the parties, which will involve ex parte, off the record discussions with each side. If the answer is no, the parties should designate a spokesperson to tell the Court "no" without telling the Court which side disagreed.

SO ORDERED.

Dated: April 27, 2026
      New York, New York

                                       ARUN SUBRAMANIAN
                              United States District Judge